
FILED
APR 14 2014
Clerk, U.S. District Court
District Of Montana
Helena

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF MONTANA

# BILLINGS DIVISION

| | |
|---|---|
| AUDREY D. SCOTT,<br><br>    Plaintiff,<br><br>vs.<br><br>CAROLYN W. COLVIN,<br>Commissioner of Social Security,<br><br>    Defendant. | No. CV 13-142-BLG-SEH<br><br>**ORDER** |

On March 25, 2014, United States Magistrate Judge Carolyn S. Ostby entered Findings and Recommendation[1] in this matter. Plaintiff did not file objections. No review is required of proposed findings and recommendations to which no objection is made. Thomas v. Arn, 474 U.S. 140, 149-152 (1986). However, this Court will review Judge Ostby's Findings and Recommendation for clear error.

---

[1] Doc. 12.

Upon review, I find no clear error in Judge Ostby's Findings and Recommendation and adopt them in full.

ORDERED:

1. Defendant's Motion to Dismiss Plaintiff's Complaint[2] is GRANTED.

2. This Complaint[3] is DISMISSED WITHOUT PREJUDICE.

DATED this 14th day of April, 2014.

SAM E. HADDON
United States District Judge

---

[2] Doc. 10.

[3] Doc. 3.